FRANK PAGANO, as Administrator of the Estate of FEDERICO PAGANO, Deceased, Appellant, *v.* JOHN LOUGHLIN et al., Copartners under the Firm Name of LOUGHLIN BROS., Respondents.

(Argued January 16, 1934; decided February 27, 1934.)

*William F. Lally* for appellant.

*James A. Nooney* and *Ralph O. L. Fay* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.